UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

LESHAUN HERRING,

Plaintiff,

v.

ALL WORK TRAVEL, LLC.

Defendant,

No. 1:26-cv-05398-KES-EPG

ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR FIRST EXTENSION OF TIME TO RESPOND TO COMPLAINT

(ECF No. 5)

On August 6, 2026, Defendant All Work Travel, LLC. filed an unopposed motion for an extension of time to file a response to the complaint. (ECF No. 5). The motion provides the following:

> Defendant ALL WORK TRAVEL LLC ("AWT" or "Defendant"), by and through undersigned counsel and pursuant to Fed. R. Civ. P. 6, et seq., herein serves this Unopposed Motion for Extension of Time to Respond to Plaintiff's Complaint (D.E. 1), and states as follows:
>
> 1. On or about July 13, 2026, Plaintiff LESHAUN HERRING ("Herring" or "Plaintiff") filed his Class Action Complaint against AWT.
> 2. On or about July 16, 2026, AWT was served with the Summons and Complaint. AWT's response to the Complaint currently is due on August 6, 2026.
> 3. After the undersigned learned about the lawsuit on August 5, 2026, AWT's counsel immediately reached out to and wrote to Herring's counsel to request a 35-day extension of time to respond to the Complaint.
> 4. On August 6. 2026, AWT's counsel successfully conferred with Herring's counsel, and Herring's counsel does not oppose the relief sought. Accordingly, the agreed upon response date is now September 11, 2026.
> 5. This is AWT's first request for extension of time.
> 6. AWT asserts that the relief sought herein is not made in bad faith or for purposes of undue delay. Rather, the matters presented in the Complaint are numerous, the undersigned must meet with its client and assess the relevant facts and evidence, review the relevant documentation and allegations in the Complaint, analyze the claims to

> formulate a responsive pleading, and conduct substantive legal research on the case law cited in the Complaint, including the Telephone Consumer Protection Act ("TCPA") under 47 U.S.C. § 227, and 47 C.F.R. § 64.1200.
> 7. No party will be prejudiced by the requested 35-day extension of time to respond. 8. Pursuant to Local Rule 137, a proposed order is attached to this Unopposed Motion and also will be submitted to the Court via email.
>
> WHEREFORE, Defendant AWT respectfully requests this Court to grant this Unopposed Motion and enter an Order, providing that Defendant AWT shall respond to the Amended Complaint by September 11, 2026.
>
> Defendant AWT herein certifies that counsel for the parties conferred in good faith and that Plaintiff Herring's counsel has agreed to a 35-day extension of time until September 11, 2026 for Defendant to respond to the Complaint.

(*Id.*) (internal headings omitted).

Having reviewed the unopposed motion, the Court shall grant Defendant's extension of time request and HEREBY ORDERS Defendant All Work Travel, LLC. to file an answer or other responsive pleading to the complaint no later than September 11, 2026.

IT IS SO ORDERED.

Dated: **August 7, 2026**

/s/ Eric P. Grosjean
UNITED STATES MAGISTRATE JUDGE