UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

LESHAUN HERRING,

Plaintiff,

v.

ALL WORK TRAVEL, LLC.

Defendant,

No. 1:26-cv-05398-KES-EPG

ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR SECOND EXTENSION OF TIME TO RESPOND TO COMPLAINT

(ECF No. 7)

On September 10, 2026, Defendant All Work Travel, LLC. filed an unopposed motion for a second extension of time to file a response to the complaint. (ECF No. 7). The motion provides the following:

> Defendant ALL WORK TRAVEL LLC ("AWT" or "Defendant"), by and through undersigned counsel and pursuant to Fed. R. Civ. P. 6, et seq., herein serves this Unopposed Motion for Second Extension of Time to Respond to Plaintiff's Complaint (D.E. 1), and states as follows:
>
> 1. On or about July 13, 2026, Plaintiff LESHAUN HERRING ("Herring" or "Plaintiff") filed his Class Action Complaint against AWT.
> 2. On August 7, 2026, AWT filed its Unopposed Motion for First Extension of Time to Respond to Plaintiff's Complaint, which was granted. D.E. 5, 6.
> 3. In August and September of 2026, AWT's counsel and Herring's counsel have been conferring regarding AWT's anticipated motion to compel arbitration, including the grounds of the motion and the preliminary investigation done by AWT.
> 4. On September 8, 2026, AWT's counsel requested an additional extension of time to respond to the Complaint, while discussions are ongoing, and Herring's counsel does not oppose an additional extension of time. Accordingly, the agreed upon response date is now October 2, 2026.
> 5. This is AWT's second request for extension of time.
> 6. AWT asserts that the relief sought herein is not made in bad faith or for purposes of undue delay. Rather, the matters presented in the Complaint are numerous, the undersigned must continue analyzing the claims to formulate a responsive pleading and

> conduct substantive legal research on the case law cited in the Complaint, including the Telephone Consumer Protection Act ("TCPA") under 47 U.S.C. § 227, and 47 C.F.R. § 64.1200. Further, the parties have been discussing the grounds of the anticipated motion to compel arbitration.
>
> 7. No party will be prejudiced by the requested 21-day extension of time to respond.
>
> 8. Pursuant to Local Rule 137, a proposed order is attached to this Unopposed Motion and also will be submitted to the Court via email.
>
> WHEREFORE, Defendant AWT respectfully requests this Court to grant this Unopposed Motion and enter an Order, providing that Defendant AWT shall respond to the Amended Complaint by October 2, 2026.

…

(*Id.*) (internal headings omitted).

Having reviewed the unopposed motion, the Court shall grant Defendant's second extension of time request and HEREBY ORDERS Defendant All Work Travel, LLC. to file an answer or other responsive pleading to the complaint no later than October 2, 2026.

IT IS SO ORDERED.

Dated: **September 10, 2026**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE