UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

LESHAUN HERRING,

Plaintiff,

v.

ALL WORK TRAVEL, LLC.

Defendant.

Case No. 1:26-cv-05398-KES-EPG

ORDER RE: VOLUNTARY DISMISSAL PURUSANT TO RULE 41(a)(1)(A)(i)

(ECF No. 9)

On September 16, 2026, Plaintiff Leshaun Herring filed a notice of dismissal, stating the following:

> Plaintiff Leshaun Herring, individually, by and through undersigned counsel, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby files this Notice of Voluntary Dismissal without Prejudice of the above-styled action. Defendant has not filed an answer or a motion for summary judgment in this proceeding.

(ECF No. 9)

In light of the Plaintiff's notice, this action has been terminated pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), and has been dismissed without prejudice.

IT IS SO ORDERED.

Dated: **September 16, 2026**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE